UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JOHN WINKLER,
    Plaintiff,

-v-

FEDERAL-MOGUL CORP.
and RODDY MILLARD,
    Defendants.

No. 1:09-cv-745

HONORABLE PAUL L. MALONEY


## JUDGMENT

Having granted Defendants' motion for summary judgment, having declined to exercise supplemental jurisdiction over Defendants' counterclaim, and having remanded the remaining state law claims back to state court, under Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date: November 18, 2010            /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    Chief United States District Judge